# In the United States Court of Federal Claims

Case No. 11-250C
(Filed: June 20, 2011)

```
*****************************************************
VETERANS ENTERPRISE                    *
  TECHNOLOGY SERVICES, LLC,            *
         Plaintiff,                    *
                                       *
      v.                               *
                                       *
THE UNITED STATES OF AMERICA,          *
         Defendant.                    *
                                       *
*****************************************************
```

## ORDER

Defendant's unopposed Motion for a 65-day Enlargement of Time until **August 24, 2011,** to file its response to Plaintiff's Complaint is hereby **GRANTED**. The Court is also in receipt of Defendant's Supplement to this Motion filed on June 15, 2011.

**IT IS SO ORDERED.**

  s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge