# In the United States Court of Federal Claims

No. 11-250 C

(Filed August 19, 2013)

```
* * * * * * * * * * * * * * * * * * * *
VETERANS ENTERPRISE            *
TECHNOLOGY SERVICES, LLC,      *
                               *
        Plaintiff,             *
                               *
    v.                         *
                               *
THE UNITED STATES,             *
                               *
        Defendant.             *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On August 16, 2013, the parties filed a Joint Motion to Modify Discovery Schedule. Therein, the parties state that additional time is needed in order to complete discovery. The court adopts the parties' proposal to modify the discovery schedule in this case, and sets forth that revised schedule below.

Accordingly, it is hereby **ORDERED** that:

(1) The parties' Joint Motion to Modify Discovery Schedule, filed August 16, 2013, is **GRANTED**;

(2) **Completion of Fact Discovery**, including identification of experts pursuant to RCFC 26(a)(2)(A), shall occur by **March 14, 2014**;

(3) **Exchange of Expert Reports**, pursuant to RCFC 26(a)(2)(B) shall occur by **May 7, 2014**;

(4) **Exchange of Rebuttal Expert Reports**, pursuant to RCFC

    26(a)(2)(D) shall occur by **June 6, 2014**;

(5)   **Completion of Expert Discovery** shall occur by **August 1, 2014**; and

(6)   On **September 12, 2014**, or two weeks after completion of discovery, whichever occurs earlier, counsel are directed to **FILE** a **Joint Status Report** informing the court of the status of proceedings in the case and the extent to which the parties have determined whether any or all of the instant matter may be settled. The status report shall also set forth a proposed schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶¶ 14 through 17. In the event that any dispositive motions are to be filed, the status report shall state a proposed date for the filing of such motions.

                /s/Lynn J. Bush
                LYNN J. BUSH
                Judge